IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DERON PIERRE KINCAID,** | C 07-00608 SBA (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **DAVID L. RUNNELS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until December 20, 2007, to file an answer to, or responsive motion regarding, the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer. He may file and serve an opposition or statement of non-opposition within thirty (30) days of his receipt of a motion to dismiss, if any.

IT IS SO ORDERED.

Dated: 12/14/07

_Saundra B. Armstrong_
Saundra B. Armstrong
United States District Judge

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Deron P. Kincaid v. David L. Runnels, Warden*     No.:   **C 07-00608 SBA (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>December 12, 2007</u>, I served the attached:

    **a. APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE MOTION;**

    **b. DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME;**

    **c. ORDER (Proposed)**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Deron Pierre Kincaid, SPN:  V-01249  
High Desert State Prison  
B5-240-Up  
P.O. Box 3030  
Susanville, CA 96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 12, 2007, at San Francisco, California.

|  |  |
|---|---|
|     J. Espinosa |     /s/ J. Espinosa |
| Declarant | Signature |

kincaidfheot4pos.wpd