**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERON PIERRE KINCAID, ) | No. C 07-00608 SBA (pr) |
| ) | |
| Petitioner, ) | **ORDER DENYING MOTION TO** |
| v. ) | **UNSEAL TRANSCRIPT** |
| ) | |
| DAVID L. RUNNELS, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

This action, a federal habeas corpus action originally filed in this Court pursuant to 28 U.S.C. § 2254 by a pro se state prisoner, is currently on appeal. Petitioner's motion to unseal a copy of a state hearing transcript (Docket No. 43) filed under seal in this Court is DENIED. Petitioner should request a copy of such transcript from the state court. This order terminates Docket No. 43.

IT IS SO ORDERED.

DATED: 3/30/11

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.07\Kincaid0608.DenyMtntoUnseal.md.frm